**United States District Court**
**Western District of Kentucky**
**601 W. Broadway, Room 106**
**Louisville, Kentucky 40202**
**www.kywd.uscourts.gov**

**TO:**   Christopher J. Tucker
         Sheehan, Barnett, Dean, Pennington & Little, PSC
         114 South Fourth Street
         Danville, KY 40422

**CASE NUMBER:** 3:16-cv-00809-TBR  Westfield Insurance Company v. Estate of Arthur Gene McMahan, Jr. et al

**DATE:** 1/26/2017

## NOTICE

Our attorney admission records indicate that you have not been admitted to practice before the Bar of this Court.  An attorney who has not been admitted to the Bar of the Court may, in accordance with LR 83.2 and LCrR 57.2, seek leave of the Court to practice in a particular case.

Please be advised that you have 14 days from this date in which to comply with this local rule. Failure to comply will result in this matter being brought to the attention of the presiding judge in this case.

*VANESSA L. ARMSTRONG, CLERK*
**By:    s/ Michelle Goetzinger**
       **CM/ECF Administrator**