UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| WESTFIELD INSURANCE COMPANY | ) | *Filed Electronically* |
| | ) | |
| PLAINTIFF, | ) | CASE NO. 3:16-cv-809-TBR |
| vs. | ) | |
| | ) | |
| ESTATE OF ARTHUR GENE McMAHAN, JR.; | ) | |
| ESTATE OF MELISSA RENEE DESIMONE McMAHAN; | ) | |
| ESTATE OF ANTHONY J. REECE; | ) | |
| ESTATE OF TAMMY RENEE REECE; | ) | |
| A.M. CONTRACTING COMPANY; and, | ) | |
| ART McMAHAN MUSCLE MOTORSPORTS, | ) | |
| | ) | |
| DEFENDANTS | ) | |

_____

**MOTION TO PERMIT CHRISTOPHER TUCKER
TO PRACTICE PRO HAC VICE**
_____

Come the Defendants, Estate of Anthony Reece and Estate of Tammy Renee Reece, by counsel, and move the Court for an Order allowing Attorney Christopher Tucker to practice as co-counsel in this case.  As grounds for this motion, counsel for Defendants state that Christopher Tucker is a duly licensed and practicing attorney in the Commonwealth of Kentucky. Christopher Tucker agrees to be bound by the rules of the Kentucky Supreme Court.

In support of this motion, the affidavit of Christopher Tucker is attached, and a proposed Order.

Respectfully submitted,

/s/Richard Hay_____
RICHARD HAY
SARAH HAY KNIGHT
Law Office of Richard Hay
203 West Columbia Street,

P.O. Box 1124
Somerset, Kentucky 42502-1124
Telephone: 606/679-2214
E-mail: richard@rhaylaw.com
E-mail: sarah@rhaylaw.com

and

Christopher J.  Tucker
Sheehan, Barnett, Dean, Pennington, Little
& Dexter, P.S.C.
114 South 4th Street
Danville, KY 40422
Telephone: 859-236-2641
E-mail: tucker@danvillekylaw.com
(Counsel for the Estate of Anthony Reece)

and

Jeffrey Hoover
Hoover and Hurt Law Office
P.O. Box 985
Jamestown, KY 42629-0985
Telephone: 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
E-mail: jeff@jeffhooverlaw.com
(Counsel for the Estate of Tammy Reece)

COUNSEL FOR DEFENDANTS,
ESTATE OF ANTHONY REECE and
ESTATE OF TAMMY REECE

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

Elizabeth M. Bass, Esquire                    elizabeth@WMRDefense.com
John William Walters, Esquire                 john@WMRDefense.com
Walters Meadows Richardson, PLLC-Lexington
771 Corporate Drive, Suite 900
Lexington, KY 40503
(Counsel for Plaintiff, Westfield Insurance Company)

(Counsel for Defendant,
Estate of Arthur Gene McMahan, Jr.)


(Counsel for Defendant,
Estate of Melissa Renee Desimone McMahan)


(Counsel for Defendant,
A.M. Contracting Company)


(Counsel for Defendant,
Art McMahan Muscle Motorsports)

/s/Richard Hay_____
Richard Hay/Sarah Hay Knight
Law Office of Richard Hay
(Co-counsel for Defendants
Estate of Anthony Reece and
Estate of Tammy Reece)